UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TIMOTHY ASTOR; SHARON SOUZA;
CAROLYN KILLINGS; and SHERRY
GREEN,

    Plaintiffs,

v.    Case No. 6:17-cv-1653-Orl-37DCI

EQUIFAX INC.; and EQUIFAX
INFORMATION SERVICES, INC.,

    Defendants.

## ORDER

This matter is before the Court on Plaintiffs' Unopposed Motion to Stay, or in the Alternative, to Defer the Deadline for the Case Management Conference (Doc. 19). Upon consideration, the Court finds that the matter should be stayed pending anticipated decisions from the Judicial Panel on Multidistrict Litigation ("JPML") in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 ("JPML Proceedings"). Accordingly, it is **ORDERED and ADJUGED** that:

(1) To the extent that a stay is requested, Plaintiffs' Unopposed Motion to Stay, or in the Alternative, to Defer the Deadline for the Case Management Conference (Doc. 19) is **GRANTED**.

(2) This action is hereby **STAYED** pending the JPML's resolution of the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 ("§ 1407 Motions").

(3) Plaintiffs are **DIRECTED** to promptly file notice with the Court when the § 1407 Motions are resolved.

(4) Until the § 1407 Motions are resolved, Plaintiffs are further **DIRECTED** to file periodic written notices with this Court concerning the status of the JPML Proceedings ("Notice"). The first Notice is due on **January 15, 2018**. Thereafter, additional Notices are due every 45 days until the stay is lifted.

(5) The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** this action pending further Order of the Court.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 5, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record